IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GUIDO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SO. SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-5578 CW<br><br>ORDER STRIKING CASE MANAGEMENT STATEMENT; DIRECTING PARTIES TO RE-FILE |

    On February 26, 2013, the parties filed a joint case management statement that identifies by name the minor friend of Plaintiff Rachel Guido's son.  Federal Rule of Civil Procedure 5.2(a) provides that the name of any "individual known to be a minor" must be redacted from publicly filed court documents.  Because the parties here failed to abide by Rule 5.2 in filing their joint case management statement, the document has been stricken and removed from the docket.  Defendants' Answer, which similarly identifies the minor individual by name, has also been stricken and removed from the docket.

    The parties shall redact the minor individual's name from their joint case management statement and re-file the document.  Defendants shall redact the minor individual's name from their Answer and re-file the document.  The parties shall comply with Rule 5.2 in all future filings.

    IT IS SO ORDERED.

Dated: 2/27/2013

                                                             CLAUDIA WILKEN<br>                                                              United States District Judge