JOSEPH C. HOWARD, JR., ESQ. [SBN. 050784] email: jhoward@hrmrlaw.com
TODD H. MASTER, ESQ. [SBN. 185881] email: tmaster@hrmrlaw.com
MELISSA M. HOLMES, ESQ. [SBN. 220961] email: mholmes@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
CITY OF SOUTH SAN FRANCISCO (sued herein as
CITY OF SOUTH SAN FRANCISCO POLICE
DEPARTMENT), MICHAEL MASSONI and
JOSHUA CABILLO

JOHN L. BURRIS, ESQ. [SBN. 69888] email: john.burris@johnburrislaw.com
DeWITT M. LACY, ESQ. [SBN. 258789] email: dewitt.lacy@johnburrislaw.com
THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GUIDO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SOUTH SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. C12-5578 JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [~~PROPOSED~~] ORDER**<br><br>Date:        March 21, 2014<br>Time:       2:00 p.m.<br>Dept.:       Courtroom G, 15th Floor<br>Judge:      Magistrate Joseph C. Spero |

The parties in the above-entitled action jointly submit Case Management Statement and request that the Court adopt it as its Case Management Order in this case.

/ / /

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER;
Case No. C C12-5578 JCS                                                                                                               1

**Settlement**

On February 28, 2014, the parties appeared before Magistrate Judge Laurel Beeler for a settlement conference. With the able assistance of Magistrate Beeler, the parties reached a settlement. *See* February 28, 2014 Minute Order [Document 56]. As the parties work to finalize the settlement, they respectfully request that the case management conference scheduled for March 21, 2014, be continued 90 days. By that time, the parties expect that any and all contingencies will be resolved and the dismissal of the entire action will be on file with the Court.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: March 14, 2014     By: /s/ Todd H. Master
                               Todd H. Master
                               Attorneys for Defendants


LAW OFFICES OF JOHN L. BURRIS

Dated: March 14, 2014     By: /s/ DeWitt M. Lacy
                               DeWitt M. Lacy, Esq.
                               Attorneys for Plaintiffs


**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. This case will be scheduled for a further case management conference, if necessary, on June 20, 2014.

Dated: 3/18/14



Magistrate Judge Joseph C. Spero

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER;
Case No. C C12-5578 JCS                                                      2