UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PIPER,<br><br>         Plaintiff,<br><br>     v.<br><br>JOSHUA CABILLO,<br><br>         Defendant. | Case No.   14-cv-02579-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Magistrate Judge Spero for consideration of whether the case is related to *Guido v. City of South San Francisco Police Department*, No. CV 12-5578.

**IT IS SO ORDERED.**

Dated: June 16, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES PIPER,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSHUA CABILLO,<br><br>             Defendant. | Case No.   14-cv-02579-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/17/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dolores Piper
2615 Shannon Drive
South San Francisco, CA 94080

Dated: 6/17/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2