1  **JOSEPH C. HOWARD, JR., ESQ. [SBN. 050784] email: jhoward@hrmrlaw.com**
   **TODD H. MASTER, ESQ. [SBN. 185881] email: tmaster@hrmrlaw.com**
2  **MELISSA M. HOLMES, ESQ. [SBN. 220961] email: mholmes@hrmrlaw.com**
   **HOWARD ROME MARTIN & RIDLEY LLP**
3  1775 Woodside Road, Suite 200
   Redwood City, CA  94061
4  Telephone:  (650) 365-7715
   Facsimile:  (650) 364-5297
5
   Attorneys for Defendants
6  CITY OF SOUTH SAN FRANCISCO (sued herein as
   CITY OF SOUTH SAN FRANCISCO POLICE
7  DEPARTMENT), MICHAEL MASSONI and
   JOSHUA CABILLO
8
   **JOHN L. BURRIS, ESQ. [SBN. 69888] email: john.burris@johnburrislaw.com**
9  **DeWITT M. LACY, ESQ. [SBN. 258789] email: dewitt.lacy@johnburrislaw.com**
   **THE LAW OFFICES OF JOHN L. BURRIS**
10 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
11 Oakland, California 94621
   Telephone:  (510) 839-5200
12 Facsimile:  (510) 839-3882
13
   Attorneys for Plaintiffs
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RACHEL GUIDO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SOUTH SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. C12-5578 JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>**Date:**  September 5, 2014<br>**Time:**  2:00 p.m.<br>**Dept.:**  Courtroom G, 15th Floor<br>**Judge:**  Magistrate Joseph C. Spero |
|---|---|

The parties in the above-entitled action jointly submit this Case Management Statement and request that the Court adopt it as its Case Management Order in this case.

/ / /

_____

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER;
Case No. C C12-5578 JCS                                                                                                       1

**Status of Settlement**

On February 28, 2014, the parties appeared before Magistrate Judge Laurel Beeler for a settlement conference. With the able assistance of Magistrate Beeler, the parties reached a settlement. *See* February 28, 2014 Minute Order [Document 56].

Since that time, another suit was filed relating to the underlying incident – a suit filed by the decedent's great aunt, Dolores Piper. See *Piper v. Joshua Cabillo*, NDCA Case No. CV 14-2579. Defendant Officer Joshua Cabillo filed a motion to dismiss the *Piper* lawsuit [Document No. 9] and plaintiffs herein filed a motion to enforce the settlement reached in this case [Document No. 74]. Plaintiffs' motion is currently scheduled to be heard on September 19, 2014. Defendants filed opposition to plaintiffs' motion on the grounds that the settlement was contingent on a global settlement of all claims and that the Piper litigation needed to be resolved before the settlement with plaintiffs could be finalized.

On September 2, 2014, the Court dismissed the *Piper* lawsuit with prejudice [Document No. 14]. Judgment was entered in favor of Officer Cabillo in the *Piper* case on September 3, 2014 [Document No. 15].

In light of the dismissal of the *Piper* lawsuit, counsel for the parties herein has been in contact to finalize the settlement. The parties fully expect the settlement to be completed and dismissal entered within the next two weeks (prior to the hearing on plaintiffs' motion to enforce the settlement).

The parties respectfully request that the Case Management Conference scheduled for September 5, 2014 be continued 14 days to permit the filing of a request for dismissal in advance of the September 19th hearing.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: September 3, 2014      By: /s/ Todd H. Master
                              Todd H. Master
                              Attorneys for Defendants

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER;
Case No. C C12-5578 JCS                                                                 2

LAW OFFICES OF JOHN L. BURRIS

Dated: September 3, 2014

By: /s/ DeWitt M. Lacy
DeWitt M. Lacy, Esq.
Attorneys for Plaintiffs

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. This case will be scheduled for a further case management conference, if necessary, on 09/19 , 2014. at 2:00 PM

Dated: 9/4/14

Magistrate Judge Joseph C. Spero

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER;
Case No. C C12-5578 JCS